*Matter of Barbarite v Hill,* 197 AD2d 740; *Matter of Ehle v Wallace,* 195 AD2d 1086, *lv denied* 82 NY2d 653), compliance with the filing requirement is necessary for commencement of a special proceeding.

In view of our determination, we do not address the remaining contentions raised by petitioner. (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)

■ In the Matter of SHARON J. ZICARI, Appellant, v JOSEPH E. ROBACH et al., Respondents. (Appeal No. 1.) [617 NYS2d 655] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Zicari v Stewart* (207 AD2d 951 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)

■ In the Matter of SHARON J. ZICARI, Appellant, v JOSEPH E. ROBACH et al., Respondents. (Appeal No. 2.) [617 NYS2d 656] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Zicari v Stewart* (207 AD2d 951 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSA PERALTA, Appellant. [617 NYS2d 668] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Denman, P. J., Lawton, Wesley, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE GAINES, Appellant. [617 NYS2d 81] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention that County Court erred in denying defendant's motion to suppress. Within an hour of the robbery, the police interviewed the victim, who described one of the robbers as a thin, black male wearing a gold suit. Within minutes of the interview, an officer observed defendant, who matched the description given by the victim, in the vicinity of the robbery.